IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AVISUS SEDALE DAVIS,

       Appellant,

  v.

Case No.  5D22-858
LT Case No. 2017-CF-2047

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed September 20, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Avisus Sedale Davis, Carrabelle,
pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EDWARDS, EISNAUGLE and HARRIS, JJ., concur.